UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRZEJ JAWOROWSKI, | Hon. Garrett E. Brown, Jr. |
| Plaintiff, | Civ. No. 04-1267 |
| v. | **ORDER** |
| ROBERT CIASULLI, BOB CIASULLI HONDA, JOHN DOE 1-10 *name being fictitious (representing one or more fictitious defendants)*, ABC CORPORATION 1-10 *name being fictitious (representing one or more fictitious corporations)*, XYZ PARTNERSHIP 1-10 *name being fictitious (representing one or more fictitious partnerships)*, | |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| R.P. RICHARDS & SON, | |
| Third-Party Defendant/Fourth-Party Plaintiff, | |
| v. | |
| PACE BUILDERS, | |
| Fourth-Party Defendant. | |

This matter having come before the Court upon the motion (Doc. No. 61) for summary judgment filed by Defendants Robert Ciasulli and Bob Ciasulli Honda (collectively "Ciasulli

1

Defendants"), as well as the motion (Doc. No. 57) for partial summary judgment filed by Third-Party Defendant R.P. Richards & Son; and the Court having reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 20th day of November, 2009,

ORDERED that the Ciasulli Defendants' motion (Doc. No. 61) for summary judgment is GRANTED, such that JUDGMENT is ENTERED in favor of the Ciasulli Defendants and against Plaintiff Andrzej Jaworowski on all counts of the Amended Complaint (Doc. No. 3); and it is further

ORDERED that R.P. Richards & Son's motion (Doc. No. 57) for partial summary judgment is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that Ciasulli Defendants and R.P. Richards & Son shall have fifteen (15) days from receipt of this Order to show cause why their respective third- and fourth-party claims should not be dismissed in light of today's ruling.

Dated: November 20, 2009

      /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.